THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

MARC S. HINES (SB# 140065)
MICHELLE CARDER (SB# 174481)
REBECCA S. WANG (SB# 210396)
**HINES SMITH**
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
(714) 513-1122
(714) 513-1123 fax

Attorneys for Defendant and Cross-Complainant
ROYAL MACCABEES LIFE INSURANCE COMPANY and
MONARCH LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN A. MAGARIAN,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH LIFE INSURANCE COMPANY; ROYAL MACCABEES LIFE INSURANCE COMPANY; NATIONAL LIFE INSURANCE COMPANY; NATIONAL LIFE OF VERMONT; and DOES 1 through 10, Inclusive.<br><br>Defendants. | CASE NO.: CV 97-2347-GAF(CWx)<br><br>[PROPOSED] JUDGMENT BY COURT ORDER<br><br><br><br>Judge: Hon. Gary A. Feess<br>Ctrm: 740 |

## JUDGMENT

This Court, on July 7, 2000, granted the Motion for Sanctions of Dismissal, Fees and Costs made by Defendants ROYAL MACCABEES LIFE INSURANCE COMPANY and MONARCH LIFE INSURANCE COMPANY (hereinafter "RMLIC"), and ordered the matter dismissed with prejudiced in favor of RMLIC and against the Plaintiff GLENN A. MAGARIAN (hereinafter "Plaintiff").

On September 7, 2000, the Court granted RMLIC's Motion for Attorney's Fees and awarded RMLIC monetary sanctions in the amount of $193,115.67 for work performed prior to the Motion for Attorney's Fees, and an additional

1  $2,709.50 for preparation of this Motion and Reply to Plaintiff's Opposition. The
2  Court, therefore, ordered entry of judgment in favor of RMLIC and against
3  Plaintiff.

4

5  **IT IS HEREBY ORDERED, JUDGED & DECREED:**

6

7  Defendants, ROYAL MACCABEES LIFE INSURANCE COMPANY and
8  MONARCH LIFE INSURANCE COMPANY, shall recover from Plaintiff
9  GLENN A. MAGARIAN attorneys' fees and costs in the total sum of
10 $195,825.17, and that Plaintiff shall take nothing by way of his Complaint.

11

12 DATED: 12/20/2001

Gary A. Feess
JUDGE, UNITED STATES
DISTRICT COURT,
CENTRAL DISTRICT,
CALIFORNIA

16 Presented by:

17 Hines Smith
   Marc S. Hines

20 By: _____
    Michelle L. Carder
    Attorneys for Defendant Royal
21  Maccabees Life Insurance Company and
    Monarch Life Insurance Company

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is: Law Offices of Hines Smith, 3080 Bristol Street, Suite 540, Costa Mesa, CA 92626.

On December 18, 2001, I served the foregoing document(s) described as follows::

**[PROPOSED] JUDGMENT BY COURT ORDER**

on all interested parties in this action by placing a true and correct thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Thomas G. Stolpman, Esq.<br>Donna Silver, Esq.<br>Michael L. Luboviski, Esq.<br>STOLPMAN, KRISSMAN, ELBER, et al.<br>111 West Ocean Boulevard<br>19th Floor<br>P.O. Box 22609<br>Long Beach, CA 90801-2609<br>(562) 435-8300 | Ronald P. Kaplan, Esq.<br>Attorney at Law<br>2040 Avenue of the Stars<br>Suite # 400<br>Los Angeles, California 90067<br>Telephone No.: (310) 277-3446;<br>Facsimile No.: (310) 277-8434 |

[X]  **BY MAIL as follows:** I deposited such envelope with postage thereon fully prepaid to be placed in the United States mail, at Costa Mesa, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after date of deposit for mailing in the affidavit.

[ ]  **BY PERSONAL SERVICE:** I caused a true and correct copy thereof enclosed in a sealed envelope to be delivered by hand to the above-named addressee(s).

[ ]  **BY OVERNIGHT COURIER:** I caused the above-referenced document to be delivered to an overnight courier service (United Parcel Service (UPS), Federal Express; U.S. Express Mail), for delivery to the above addressee(s).

[ ]  **BY FACSIMILE TRANSMISSION:** I caused the above-referenced document to be transmitted to the above-named person(s) at the following telecopy number(s):

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on December 18, 2001, at Costa Mesa, California.

_Stephanie Cain_

1